UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JOSEPH KNIGHTS,

                      **Plaintiff,**                           **17-CV-9359 (SN)**

       -against-                                      **ORDER**

NOVITEX ENTERPRISE SOLUTIONS, INC.,
et al.,

                      **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      In this Fair Labor Standards Act case, the parties appeared before the Court for a settlement conference on July 13, 2018, and agreed to the terms of a settlement in principle. Counsel for the parties submitted their proposed settlement agreement on August 17, 2018. ECF No. 40. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is APPROVED, and this action is DISMISSED with prejudice.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:      August 30, 2018
               New York, New York